Kathryn J. Halford (CA Bar No.68141)
Email: khalford@wkclegal.com
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 331
Fax: (818) 501-5306

Attorneys for Plaintiffs the Boards of Directors of
the Motion Picture Industry Pension Plan, the Motion
Picture Industry Individual Account Plan, and the
Motion Picture Industry Health Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GEORGIA PRODUCTIONS, INC., a California corporation,<br><br>　　　　　Defendant. | Case No. 06-cv-4997 RSWL<br><br>**RENEWAL OF JUDGMENT**<br><br>HON. RONALD S.W. LEW |

THE JUDGMENT DEBTOR, GEORGIA PRODUCTIONS, INC., A CALIFORNIA CORPORATION having judgment entered against them on December 13, 2006:

Now, upon the application of the Boards of Directors of the Motion Picture Industry Pension Plan; Motion Picture Industry Individual Account Plan, and

ORDER FOR RENEWAL OF JUDGMENT - 1

Motion Picture Industry Health Plan ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant be renewed in the amount of $68,106.86 which is broken down as follows:

  a. Unpaid Contributions ……………………………………$22,618.80
  b. Auditing Costs…………………………….……………$4,365.00
  c. Liquidated Damages…………………………….………..$17,364.31
  d. Interest……………………………………………………$17,364.31
  e. Court Costs…………………………………………….………$412.50
  f. Attorney's Fees…………………………….……………..$2,317.50
   Subtotal (Judgment as Entered)   $64,442.42
  g. Interest after judgment computed from
   December 13, 2006 through April 1, 2016….……….…….$3,664.44
   GRAND TOTAL:   $68,106.86

Dated: April 18, 2016  s/ RONALD S.W. LEW
        SENIOR U.S. DISTRICT JUDGE